UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-38261 |
|---|---|
| JEFFREY ANDERSON | (Chapter 13) |
| BECKY ANDERSON | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990684**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 9/ 16 | CHILDRENS EMERG SERVICE<br>BOX 607<br>DAYTON, OH  45449 | 4.19 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/18/2009

Certificate of Service          04-38261

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JEFFREY ANDERSON<br>BECKY ANDERSON<br>1142 E MARKET ST<br>GERMANTOWN, OH  45327 | WAYNE P NOVICK<br>2135 MIAMISBURG-CENTERVILLE RD<br>CENTERVILLE, OH  45459 | (40.1n)<br>CHASE AUTO FINANCE<br>201 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| (16.1)<br>CHILDRENS EMERG SERVICE<br>BOX 607<br>DAYTON, OH  45449 | (1111.1n)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (43.1n)<br>SELECT PORTFOLIO SERVICING<br>BOX 65450<br>SALT LAKE CITY, UT  84165 |

Jeffrey M. Kellner BY          ___/s/ Jeffrey M. Kellner_____          cs